```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602037732
Cashier ID: awilliam
Transaction Date: 07/27/2015
Payer Name: MARTIN E WEINBERG
-----------------------------------
CIVIL FILING FEE
 For: MARTIN E WEINBERG
 Amount:        $400.00
-----------------------------------
CHECK
 Check/Money Order Num: 439
 Amt Tendered: $400.00
-----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

1:15-CV-539-MHT-CSC

Redding v. Dale County, et al
```