IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TRAWICK REDDING, JR.,       ) | |
|                               ) | |
|    Plaintiff,        ) | |
|                               ) | CIVIL ACTION NO. |
|    v.               ) | 1:15cv539-MHT |
|                               ) | (WO) |
| DALE COUNTY, et al.,        ) | |
|                               ) | |
|    Defendants.      ) | |

## OPINION

Relying on both federal and state law, plaintiff Trawick Redding, Jr., seeks redress from three defendants (Dale County, Alabama, Sheriff Wally Olson, and Jailer Ron Nelson) for injuries and subsequent inadequate medical care plaintiff allegedly suffered as a result of an exposure to a Burmese python while he was incarcerated in a county jail.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants' motions to dismiss should be granted.  Plaintiff has filed objections in part to the recommendation.  After an independent and de novo review of the record, the court

concludes that the objections should be overruled and the magistrate judge's recommendation adopted. However, Olsen and Nelson will be dismissed without prejudice so that, if the evidence should develop that they were involved in the incident, plaintiff can move to have them reinstated if the law allows such.

    An appropriate judgment will be entered.

    DONE, this the 29th day of March, 2016.

                                /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE