IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
TRAWICK REDDING, JR.,        )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )        1:15cv539-MHT
                             )            (WO)
DALE COUNTY, et al.,         )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Trawick Redding, Jr.'s objections (Doc. No. ) are overruled.

(2) The United States Magistrate Judge's recommendations (Doc. Nos. 35 & 44) are adopted.

(3) Defendants Dale County, Alabama, Wally Olson, and Ron Nelson's motions to dismiss (Doc. Nos. 12 & 13) are granted

(4) Defendant Dale County, Alabama is dismissed with prejudice, defendants Olson and Nelson are dismissed without prejudice, and all three are terminated as parties.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 29th day of March is, 2016.

                              /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**

Case 1:15-cv-00539-MHT-PWG   Document 48   Filed 03/29/16   Page 3 of 3