IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF ALABAMA, SOUTHERN DIVISION

| TRAWICK REDDING JR, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | CIVIL ACTION NO: |
| v. | ) ) | |
| DALE COUNTY, et.al | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## ATTACHMENT TO SUBPOENA TO THOMAS KIRKE ADAMS- DISTRICT ATTORNEY

Pursuant to Rule 45, Fed. R. Civ., P., Plaintiff, through his undersigned counsel, requests that THOMAS KIRKE ADAMS provide the following documents and other matters in response to this subpoena.

The documents requested include all electronically stored information and may be provided electronically as detailed below.

"Document" refers to all writings of any kind including the originals and all nonidentical copies, whether different from the original by reason of nay notation made on the copies or otherwise, including without limitation, correspondence, memoranda, personal notes, diaries, letters, materials, interviews, telegrams,

statements, transcripts, summaries, pamphlets, books, bulletins, printed matter, teletype, facsimile transmissions, worksheets and all drafts, alterations, modifications, changes and amendments of any of the foregoing, notations of any conversations, telephone calls, or any electronically-stored information as defined by Rule 33(a)(1)(A) and audio and video tape recordings, emails or representations of any kind, including without limitation, tapes, cassettes, cartridges, disks and records.

Any electronically-stored information is to be provided in an accessible format, either portable document format (pdf), Word Perfect or Microsoft Word and is to include all-non privileged metadata and all track changes made in the course of producing the final document.

Any documents that are not electronically-stored may be scanned as pdf documents and produced via email to counsel for plaintiff at attorneyweinberg@bellsouth.net . **It is preferred that these items be produced electronically.**

## Background

1. An interview was conducted on October 23, 2015 at the Geneva County jail in which inmate Trawick Redding, the Plaintiff in this underlying action, was interviewed by officer/agent Michael Gillis.
2. What is believed to be a partial version of the investigative report (1523000014MC) was leaked to and published by Rickey Stokes News on April 12, 2016 by a Matt Boster. Only pages 1 and 2 of 3 were published.
3. It is believed that the interview took place upon the request of Mr. Adams at the Geneva County Jail and was recorded by Officer Gillis and that the Office of the Dale County District Attorney has retained such recordings and documentation. .

## <u>Documents</u>

1. The full investigative report as number pages 1-3.
2. Any emails pertaining to the scheduling of this interview in terms of transport of Trawick Redding to the interview from the Dale County Jail.

3. Any audio or visual recordings of the interview conducted on October 23, 2015.
4. Any follow up reports, memorandum whether in hand-written, video, audio or electronic emails of this interview.
5. Any other documents in the possession of the Dale County District Attorney as related to this incident including investigative actions taken at the time of the incident or at a later date.
6. Any disciplinary action or internal affairs reports taken as it relates to the illegal action of this document being released to the media or other sources.
7. Policies and procedures as it relates to the release of information to the media of investigative reports or other third-parties.
8. Any formal or informal requests sent from the Dale County District Attorney to the SBI asking them to conduct an investigation.
9. Any investigatory materials related to the snake incident that occurred in August of 2013 including incident reports, recommendations regarding any of the participants.