# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | |
|---|---|
| **TRAWICK REDDING, JR.,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:15-CV-539-MHT |
| ) | |
| **DALE COUNTY, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Parties, by and through their undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims against Defendants Zeneth Glenn and Ryan Mittelbach are due to be dismissed with prejudice with the Parties bearing their own costs, attorney fees, and expenses. Pursuant to Rule II.C.3 of this Court's Administrative Procedures, attorney Fred L. Clements, Jr. certifies that he has the express permission and agreement of counsel for Plaintiff to affix his respective electronic signature thereon and further certifies that the Parties have agreed to the terms and conditions of this joint stipulation of dismissal.

Submitted this 22nd day of December, 2016.

| | |
|---|---|
| **s/ Martin E. Weinberg** | **s/ Fred L. Clements, Jr.** |
| Martin E. Weinberg | J. Randall McNeill (ASB-4841-E29J) |
| Attorney for Plaintiff Trawick Redding | Fred L. Clements, Jr. (ASB-5682-R39C) |
| MARTIN E. WEINBERG, P.C. | Attorneys for Defendants Zeneth Glenn |
| P.O. Box 154 | and Ryan Mittelbach |
| Shannon, AL 35142 | WEBB & ELEY, P.C. |
| (205) 785-5575 T | 7475 Halcyon Pointe Drive (36117) |
| (205) 787-4905 F | Montgomery, AL 36124 |
| attorneyweinberg@bellsouth.net | (334) 262-1850 T |
| | (334) 262-1772 F |
| | rmcneill@webbeley.com |
| | fclements@webbeley.com |